■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHANIEL GREGORY, Appellant. [993 NYS2d 907]—Judgment, Supreme Court, New York County (Charles H. Solomon, J.), rendered September 27, 2011, convicting defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the second degree, and sentencing him to a term of two years, with three years' postrelease supervision, unanimously affirmed.

The record establishes that defendant made a valid waiver of his right to appeal. Accordingly, this waiver forecloses review of defendant's suppression and excessive sentence claims.

Regardless of whether defendant made a valid waiver of his right to appeal, we conclude, based on our review of the relevant confidential search warrant documents and minutes, that the warrant was lawfully issued, and we perceive no basis for reducing the period of postrelease supervision. Concur—Friedman, J.P., Sweeny, Acosta, Saxe and Manzanet-Daniels, JJ.